IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID SCOTT GOLDSTEIN,**

    Plaintiff,

v.    Civil Action No. **3:18CV289**

**COMMONWEALTH OF VIRGINIA,** *et al.,*

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on May 10, 2018, the Court conditionally docketed Plaintiff's action. On May 29, 2018, the United States Postal Service returned the May 10, 2018 Memorandum Order to the Court marked, "INMATE NO LONGER HOUSED AT THE HENRICO COUNTY JAIL." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 6/18/18
Richmond, Virginia